UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

AMAHAL LYNCH,

                Plaintiff,                9:14-cv-995
                                                         (GLS/DJS)

                v.

STEVEN RACETTE et al.,

                Defendants.
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**

Amahal Lynch
Pro Se
12-A-1925
Clinton Correctional Facility - Annex
P.O. Box 2002
Dannemora, NY 12929

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN      DENISE P. BUCKLEY
New York State Attorney General      Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    On May 8, 2017, Magistrate Judge Daniel J. Stewart filed a Report-

Recommendation and Order (R&R), which recommends that defendants' motion for summary judgment be granted. (Dkt. No. 37.) Shortly thereafter, plaintiff *pro se* Amahal Lynch filed a document that he labeled "Appeal." (Dkt. No. 38.) The court, finding that no appealable order existed, construed Lynch's "Appeal" as objections to the R&R and afforded him additional time to augment his objections. (Dkt. No. 39.) Lynch has not filed anything in addition to his "Appeal" and the court now addresses the filing to the extent it can be construed to object to the R&R.

Lynch's objections are in a word bizarre. (Dkt. No. 38.) For reasons not clear to the court, Lynch devotes the majority of them to his commentary on "Dateline NBC's 'To Catch a Predetor' [sic]." (*Id.*) After careful review, the court discerns no specific objection to the R&R, which triggers review for clear error only. *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-*6 (N.D.N.Y. Jan. 18, 2006). Finding no clear error, the R&R, (Dkt. No. 37), is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 37) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No.

33) is **GRANTED** and the amended complaint (Dkt. No. 10) is **DISMISSED**; and it is further

ORDERED that the Clerk is directed to close this case; and it is further

ORDERED that the clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

June 30, 2017
Albany, New York

*Gary L. Sharpe*
Gary D. Sharpe
U.S. District Judge